1   MELINDA HAAG (CABN 132612)
United States Attorney

2

3   MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4   RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

5

6   1301 Clay Street, Suite 340-S
Oakland, CA  94612
Telephone: (510) 637-3689

7   Fax: (510) 637-3724
E-mail: rodney.villazor@usdoj.gov

8

9   Attorneys for Plaintiff

10

11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                      OAKLAND VENUE

15   UNITED STATES OF AMERICA,    )   No.  13-70301-01 MAG
                            )

16     Plaintiff,              )   STIPULATED MOTION AND
                            )   [~~PROPOSED~~] ORDER CONTINUING

17   vs.                    )   PRELIMINARY HEARING OR
                            )   ARRAIGNMENT DATE AND WAIVING

18   ERIC D. SMITH,           )   TIME UNDER SPEEDY TRIAL ACT TO
                            )   MAY 17, 2013 at 9:30 a.m.

19     Defendants.           )
                            )

20   ————————————————————————)

21       With the agreement of the parties, and with the consent of the defendant, the Court enters

22   this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

23   preliminary hearing date for Defendant Eric Demetrius Smith to May 17, 2013 at 9:30 a.m.

24   before the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing

25   the preliminary hearing is in her client's best interest and that it is not in her client's best interest

26   for the United States to present an indictment before the current April 5, 2013 preliminary

27   hearing date.  The parties agree that –  taking into account the public interest in prompt

28   disposition of criminal cases – good cause exists for this extension.

1    Defendant also agrees to toll and to waive for this period of time any time limits

2  applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that

3  defense counsel needs time to review discovery and that an exclusion of time under the Speedy

4  Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A)

5  and (B)(iv).  Undersigned defense counsel represents that she has spoken with her client, and

6  that Mr. Smith agrees to the continuance and to time being tolled and waived as requested.

7

8  **IT IS SO STIPULATED**.

9  DATED: April 1, 2013                        Respectfully submitted,

10                                             MELINDA HAAG
                                               United States Attorney
11
                                                    /s/
12                                             RODNEY C. VILLAZOR
                                               Assistant United States Attorney
13
                                                    /s/
14                                             ANGELA HANSEN
                                               Attorney for Eric D. Smith
15

16
   **IT IS SO ORDERED.**
17
   Based on representations made at the hearing on April 1, 2013, it is also appropriate to exclude
18
   time for continuity of counsel due to Defense counsel's unavailability from May 2, 2013 to
19
   May 6, 2013.
20

21

22
   DATED:        4/2/13
23                                             KANDIS A. WESTMORE
                                               United States Magistrate Judge
24

25

26

27

28